**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jaime LOPEZ–DERAS, Defendant—
Appellant.**

**No. 01–50217.
D.C. No. CR–00–01018–SVW.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM **

Jaime Lopez–Deras appeals his guilty plea conviction and 57–month sentence for reentry by a previously deported alien in violation of 8 U.S.C. § 1326. His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our review of the issues raised in Lopez–Deras's supplemental brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for appeal.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.